# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| GABRIEL DE LA VEGA | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00617-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING MOTION HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, January 31, 2020 at 09:30 AM**.

    IT IS SO ORDERED this 6th day of January, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE